## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| CONSTRUCTION WORKERS' TRUST FUND, by its Trustee, David Allison, *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action No.:  1:18-cv-1639-CCB |
| vs. | * | |
| | * | |
| MCM MANAGEMENT CORP.  (d/b/a Best Wrecking Company) | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Notice of Voluntary Dismissal filed on August 29, 2018 (ECF No. 12),

with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of

Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED on this ___29th___ day of ___August___, 2018.

_____

The Honorable Catherine C. Blake
United States District Judge